```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
MARILYN B. ROSENFARB, Individually and     :
on Behalf of All Others Similarly          :
Situated,                                  :    12 Civ. 3497 (DLC)
                                           :
                         Plaintiff,        :
                                           :         ORDER
              -v-                          :
                                           :
AOL, INC., TIM ARMSTRONG, ARTHUR T.        :
MINSON,                                    :
                         Defendants.       :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

    Plaintiff's consolidated complaint was filed on September 28, 2012. Defendants' motion to dismiss the complaint was filed on October 26, 2012, and became fully submitted on December 14, 2012. It is hereby

    ORDERED that if the plaintiff desires to amend her complaint she must advise this Court of her intention to do so no later than **January 8, 2013**. Any amended complaint must then be filed no later than **January 18, 2013**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/13

IT IS FURTHER ORDERED that if plaintiff does not amend her complaint by **January 18, 2013,** the pleadings shall be treated as final, and no further opportunity to cure shall be granted.

SO ORDERED:

Dated: New York, New York
January 4, 2013

_____
DENISE COTE
United States District Judge