UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE AOL, INC. REPURCHASE OFFER        :      12 Civ. 3497 (DLC)
LITIGATION                              :
                                        :          ORDER
----------------------------------------X

DENISE COTE, District Judge:

    An Opinion and Order of December 5, 2013 concluded that sanctions must be imposed on plaintiff's counsel. The issue of what amount of sanctions is appropriate in this case remains open. It is hereby

    ORDERED that the parties are referred to a magistrate judge to conduct settlement discussions regarding the amount of the sanctions to be imposed.

12/5/2013

IT IS FURTHER ORDERED that if no agreement is reached, defendants' opening submission regarding the amount shall be served by February 7, 2014.  Plaintiff's opposition shall be served by February 21, 2014, and defendants' reply shall be served by February 28, 2014.  At the time any reply is served, defendants shall provide Chambers with two courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         December 5, 2013

```
          _____
                 DENISE COTE
          United States District Judge
```