UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
:
IN RE AOL, INC. REPURCHASE OFFER LITIGATION :          12/5/2013
:
:  12 Civ. 3497 (DLC) (RLE)
------------------------------------------X
                                    ORDER OF
                                    REFERENCE TO A
                                    MAGISTRATE JUDGE


DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___  Habeas Corpus

_X_  Settlement

___  Social Security

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

     SO ORDERED:
Dated:    New York, New York
          December 5, 2013

                                    /s/ Denise Cote
                                    DENISE COTE
                                    United States District Judge